1  **GAUNTLETT & ASSOCIATES**
   David A. Gauntlett (SBN 96399)
2  James A. Lowe (SBN 215383)
   Christopher G. Lai (SBN 249425)
3  18400 Von Karman Avenue, Suite 300
   Irvine, California 92612
4  Telephone: (949) 553-1010
   Facsimile: (949) 553-2050
5  jal@gauntlettlaw.com
   cl@gauntlettlaw.com
6
   Attorneys for Plaintiff
7  E.PIPHANY, INC.

ADR FILED

2008 MAY 23 P 1:56

RICHARD W. WIEKING
CLERK
E-FILING U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.PIPHANY, INC., a California corporation, | Case No.: **C08 02621 PVT** |
| Plaintiff, | **CERTIFICATION BY PLAINTIFF E.PIPHANY, INC. OF INTERESTED ENTITIES OR PARTIES** |
| vs. | [Local Rule 3-16] |
| ST. PAUL FIRE & MARINE INSURANCE COMPANY, a Minnesota corporation, | |
| Defendant. | |

10513-001-5/22/2008-161346.1

CERTIFICATE OF INTERESTED
ENTITIES OR PERSONS

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2  associations of persons, firms, partnerships, corporations (including parent corporations) or other
3  entities (i) have a financial interest in the subject matter in controversy or in a party to the
4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5  substantially affected by the outcome of this proceeding:

6  (1) SSA GLOBAL TECHNOLOGIES, INC. a Delaware corporation, acquired E.piphany,
7  Inc. in September 2005.

8  (2) INFOR GLOBAL SOLUTIONS, INC., a Delaware corporation, then acquired SSA
9  Global Technologies, Inc. in May 2006. Infor Global Solutions, Inc. is the legal successor-in-
10 interest to E.piphany, Inc.

12 Dated: May 22, 2008

GAUNTLETT & ASSOCIATES

By: /s/ *signature*
David A. Gauntlett
James A. Lowe
Christopher G. Lai

Attorneys for Plaintiff
E.piphany, Inc.