1  **GAUNTLETT & ASSOCIATES**
   David A. Gauntlett (SBN 96399)
2  James A. Lowe (SBN 215383)
   Christopher Lai (SBN 249425)
3  18400 Von Karman Avenue, Suite 300
   Irvine, California  92612
4  Telephone:  (949) 553-1010
   Facsimile:  (949) 553-2050
5  jal@gauntlettlaw.com
   cl@gauntlettlaw.com
6
   Attorneys for Plaintiff
7  E.PIPHANY, INC.

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | E.PIPHANY, INC., a California corporation, | ) | Case No.:  CV-08-2621-PVT |
   |---|---|---|
12 |                                             | ) | Hon. Patricia V. Trumbull |
   |                      Plaintiff,             | ) |                           |
13 |                                             | ) | **CERTIFICATE OF SERVICE** |
   |                                             | ) |                           |
14 |             vs.                             | ) |                           |
   |                                             | ) |                           |
15 |                                             | ) |                           |
   | ST. PAUL FIRE & MARINE INSURANCE            | ) |                           |
16 | COMPANY, a Minnesota corporation,           | ) |                           |
   |                                             | ) |                           |
17 |                                             | ) |                           |
   |                      Defendant.             | ) |                           |
18 |                                             | ) |                           |
   |                                             | ) |                           |
19

20

21

22

23

24

25

26

27

28

---

10513-005-6/11/2008-161646.1               1                **CERTIFICATE OF SERVICE**
                                                             **CASE NO. CV-08-2621-PVT**

## CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action; my business address is: Gauntlett & Associates, 18400 Von Karman, Suite 300, Irvine, CA 92612.

On June 12, 2008, I served the following documents described as:

1. Plaintiff E.piphany, Inc.'s Motion for Partial Summary Judgment on St. Paul Fire & Marine Insurance Company's Duty to Defend and Breach of Its Duty to Defend;

2. Declaration of James A. Lowe In Support of Plaintiff E.piphany, Inc.'s Motion for Partial Summary Judgment on St. Paul Fire & Marine Insurance Company's Duty to Defend and Breach of Its Duty to Defend;

3. Declaration of Ryan J. Padden In Support of Plaintiff E.piphany, Inc.'s Motion for Partial Summary Judgment on St. Paul Fire & Marine Insurance Company's Duty to Defend and Breach of Its Duty to Defend;

4. Declaration of Brad Steiner In Support of Plaintiff E.piphany, Inc.'s Motion for Partial Summary Judgment on St. Paul Fire & Marine Insurance Company's Duty to Defend and Breach of Its Duty to Defend;

5. [Proposed] Order

on the interested parties in this action by placing a true copy thereof as follows:

Karen Harris
Corporation Service Company
Which Will Do Business In California as
CSC - Lawyers Incorporating Service
2730 Gateway Oaks Dr., Suite 100
Sacramento, CA 95833
Phone: (800) 927-9800 ext. 2242

Agent for Service of Process for St. Paul Fire & Marine Insurance Company

[ ] **(BY MAIL)** I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

[ ] **(BY FACSIMILE)** The document was transmitted by facsimile transmission to the above fax number with the transmission reported as complete and without error.

[ ] **(BY UPS NEXT DAY AIR)** I am "readily familiar" with the firm's practice of collection and processing correspondence for UPS Next Day Air. Under that practice it would be deposited with UPS Next Day Air on the same day at Irvine, California, with the airbill showing our firm's account number to bill shipper, in the ordinary course of business.

[ ] **(BY PERSONAL DELIVERY)** By personally delivering the document(s) listed above to the person(s) at the address(es) on the next business day.

1
2  [ ]    (**BY ELECTRONIC SUBMISSION**)  Per court order, submitted electronically to be posted to the website and notice given to all parties that the document has been served.

3  [**X**]    (**BY PERSONAL DELIVERY**)  I caused such documents to be personally delivered to the offices of the above-named addressee by County Legal & Notary Service, 255 N. Market St., Suite 246, San Jose, CA 95110-2409.
4

5  [**X**]    (**FEDERAL**)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.
6

7  Executed on June 12, 2008, at Irvine, California.

8
9
10                                                By:   /s/Richard Mendizábal
                                                          Richard Mendizábal
11

---

10513-005-6/11/2008-161646.1        3        **CERTIFICATE OF SERVICE**
**CASE NO. CV-08-2621-PVT**