UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| E.PIPHANY, INC.,            )<br>                                        )<br>            Plaintiff,            )<br>                                        )<br>    v.                               )<br>                                        )<br>ST. PAUL FIRE & MARINE   )<br>INSURANCE,                  )<br>                                        )<br>            Defendant.         )<br>_____ | Case No.: C 08-02621 PVT<br><br>**ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |

On June 12, 2008, plaintiff E.piphany, Inc. Filed a motion for partial summary judgment. This case has been assigned to a Magistrate Judge. Before the court takes any action on the motion for remand, the court must determine whether or not all of the parties who have appeared consent to Magistrate Judge jurisdiction, or whether any of the parties request reassignment to a District Judge. Therefore,

IT IS HEREBY ORDERED that no later than June 27, 2008, each party who has not already done so shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the clerk of the court, or from the Forms (Civil) section of the court's website at www.cand.uscourts.gov.

In the event, both parties consent to a magistrate judge, plaintiff E.piphany, Inc. shall re-

ORDER, *page 1*

1 | notice the hearing on its motion for a Tuesday at 10AM pursuant to Civ. L.R. 7-2 and Judge

2 | Trumbull's Standing Order for Civil Practice (Rev. 2008).

3 |     IT IS SO ORDERED.

4 | Dated:  *June 12, 2008*

*Patricia V. Trumbull*
_____
PATRICIA V. TRUMBULL
United States Magistrate Judge