1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

11    E.PIPHANY, INC.,

No. C  08-02621 PVT

12
                Plaintiff(s),

**DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE**

13
    v.

**AND**

14    ST. PAUL FIRE & MARINE
INSURANCE COMPANY, INC.

**REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE**

15
               Defendant(s).

16    _____/

17

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

18
      The undersigned party hereby declines to consent to the assignment of this case to a United

19
States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to

20
a United States District Judge.

21

22    Dated:  *6-12-2008*

Signature _____

23

24
Counsel for  E.PIPHANY, INC.
(Plaintiff, Defendant, or indicate "pro se")

25

26

27

28