1  **GAUNTLETT & ASSOCIATES**
   David A. Gauntlett (SBN 96399)
2  James A. Lowe (SBN 215383)
   Christopher Lai (SBN 249425)
3  18400 Von Karman Avenue, Suite 300
   Irvine, California 92612
4  Telephone: (949) 553-1010
   Facsimile: (949) 553-2050
5  jal@gauntlettlaw.com
   cl@gauntlettlaw.com
6
   Attorneys for Plaintiff
7  E.PIPHANY, INC.

8                      **UNITED STATES DISTRICT COURT**

9                      **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | E.PIPHANY, INC., a California corporation, ) Case No.: 5:08-CV-02621-JW
                                               )
12 |                                           ) Hon. James Ware
                      Plaintiff,               )
13 |                                           ) **PROOF OF SERVICE**
                                               ) **SUMMONS AND COMPLAINT**
14 |         vs.                               )
                                               )
15 |                                           )
   ST. PAUL FIRE & MARINE INSURANCE)
16 | COMPANY, a Minnesota corporation,         )
                                               )
17 |                                           )
                      Defendant.               )
18 |_____)

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Attached hereto is the Proof of Service of the Summons and Complaint served upon St. Paul Fire & Marine Ins. Co.

Dated: June 25, 2008                     **GAUNTLETT & ASSOCIATES**

By:   /s/ David A. Gauntlett
      David A. Gauntlett
      James A. Lowe
      Christopher Lai

Attorneys for Plaintiff
E.piphany, Inc.

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| GAUNTLETT & ASSOCIATES ATTORNEYS AT LAW<br>CHRISTOPHER LAI,<br>18400 VON KARMAN, 300<br>IRVINE, CA 926120000 | (949) 553-1010 | |
| ATTORNEY FOR (Name): | Ref. No. or File No.<br>10513-005 | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT

, CA

PLAINTIFF:

E.PIPHANY, INC. A CALIFORNIA CORPORATION

DEFENDANT:

ST. PAUL FIRE & MARINE INSURANCE COMPANY

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CV-08-2621-JW |
|---|---|---|---|---|

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

**SEE ATTACHED**

ON: **ST. PAUL FIRE & MARINE INSURANCE COMPANY, A MINNESOTA CORPORATION**

AT: **2730 GATEWAY OAKS DR -100**
**SACRAMENTO, CA 95833**

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH:
**BECKY DEGEORGE, CLERK, CSC - AGENT FOR SERVICE**

ON: **06/12/2008**
AT: **01:50 pm**

**Manner of service** in compliance with Federal Code of Civil Procedure.

Fee for Service: **35.00**
County: **SACRAMENTO**
Registration No.: **2003-45**
**Legalese Attorney Service, Inc.**
**1754 36th Street**
**Sacramento, CA 95816**
**(916) 453-2860**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **June 25, 2008**.

Signature: _[signature]_
**EVELYN PETTENGELL**

## PROOF OF SERVICE

Order#: 240545/GProof39

ATTACHMENT

SUMMONS; COMPLAINT FOR: (1) DECLARATORY JUDGMENT; (2) BREACH OF CONTRACT; CERTIFICATION BY PLAINTIFF E. PIPHANY, INC. OF INTERESTED ENTITIES OR PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR CIVIL PRACTIVE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISRATE JUDGE PATRICIA V TRUMBULL; STANDING ORDER FOR ALL JUDGES OF THE NORHERN DISTRICT OF CALIFORNIA- CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES; U.S.D.C. NORTHERN DISTRICT OF CALIFORNIA - WELCOME TO THE UNITED STATES DISTRICT COURT FORTHE NORTHERN DISTRICT OF CALIFORNIA, CLERK'S OFFICE, SAN JOSE DIVISION; NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION CRIMINAL AND CIVIL LAW AND MOTION/TRIAL/ SETTLEMENT/ CASE MANAGEMENT/ DISMISSAL HEARING SCHEDULES; GENERAL ODER NO.40- PROHIBITION OF BIAS; U.S.S DISTRICT COURT NORTHER DISTRICT CALIFORNIA-ECF REGISTRATION INFORMATION HANDOUT; GENERAL ORDER NO. 45- ELECTRONIC CASE FILING; OFFICE OF THE CLERK, UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA- NOTICE OF ELECTRONIC AVAILABILIITY OF CASE FILE INFORMATION; GENERAL ORDER 53 - PRIVACY; NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS; WAIVER OF SREVICE OF SUMMONS; INSTRUCTIONS FOR COMPLETION OF ADR FORMS REGARDING SELECTION OF AN ADR PROCESS (ADR LOCAL RULE 3-5); ADR CERTIFICATION BY PARTIES AND COUNSEL; STIPULATION AND ORDER SELECTING ADR PROCESS; NOTICE OF NEED FOR ADR PHONE CONFERENCE; IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA- ORDER OF THE CHEIF JUDGE - IN RE: ELECTRONIC FILING IN CASES WITH UNREPRESENTED PARTIES; CASE DESINATED FOR ELECTRONIC FILE NOTICE; PLAINTIFF E. PIPHANY, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON ST. PAUL FIRE & MARINE INSURANCE COMPANY'S DUTY TO DEFEND AND BREACH OF ITS DUTY TO DEFEND; DECLARATION OF JAMES A. LOWE IN SUPPORT OF PLAINTIFF E. PIPHANY, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF ST. PAUL FIRE & MARINE INSURANCE COMPANY'S DUTY TO DEFEND AND BREACH OF ITS DUTY TO DEFEND; DECLARATION OF RYAN J. PADDEN IN SUPPORT OF PLAINTIFF E. PIPHANY, INC.'S MOTION FOR PARITAL SUMMARY JUDGMENT ON ST. PAUL FIRE & MARINE INSURANCE COMPANY'S DUTY TO DEFEND AND BREACH OF ITS DUTY TO DEFEND; DECLARATION OF BRAD STEINER IN SUPPORT OF PLAINTIFF E. PIPHANY, INC.'S MOTION FOR SUMMARY JUDGMENT ON ST. PAUL FIRE & MARINE INSURANCE COMPANY'S DUTY TO DEFEND AND BREACH OF ITS DUTY TO DEFEND; ORDER; CERTIFICATE OF SERVICE