SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE  Bar No. 102181
MICHAEL A. TOPP  Bar No. 148445
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile:  (415) 781-2635

Attorneys for Defendant
ST. PAUL FIRE & MARINE INSURANCE COMPANY

**GRANTED**
*/s/ James Ware*
Judge James Ware
7/9/2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.PIPHANY, INC., a California corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>ST. PAUL FIRE & MARINE INSURANCE COMPANY, A Minnesota corporation,<br><br>            Defendant. | CASE NO. 5:08-cv-02621-JW<br><br>**STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT** |

Pursuant to Northern District Local Rule 6-1(a), plaintiff E.Piphany, Inc. and defendant St. Paul Fire and Marine Insurance Company ("St. Paul"), by and through their attorneys, hereby stipulate and agree that St. Paul's time to answer or otherwise respond to the plaintiff's complaint is extended to July 15, 2008.

DATED: July 7, 2008              GAUNTLETT & ASSOCIATES


                                 By: /s/ JAMES A. LOWE
                                     DAVID A. GAUNTLETT
                                     JAMES A. LOWE
                                     CHRISTOPHER LAI
                                     Attorneys for Plaintiff
                                     E.PIPHANY, INC.

DATED: July 7, 2008                    SEDGWICK, DETERT, MORAN & ARNOLD LLP


By: /s/ MICHAEL A. TOPP
    BRUCE D. CELEBREZZE
    MICHAEL A. TOPP
    Attorneys for Defendant
    ST. PAUL FIRE & MARINE INSURANCE
    COMPANY