**GAUNTLETT & ASSOCIATES**
David A. Gauntlett (SBN 96399)
James A. Lowe (SBN 215383)
Christopher Lai (SBN 249425)
18400 Von Karman, Suite 300
Irvine, California  92612
Telephone:  (949) 553-1010
Facsimile:  (949) 553-2050
jal@gauntlettlaw.com
cl@gauntlettlaw.com

Attorneys for Plaintiff
E.PIPHANY, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.PIPHANY, INC., a California corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>ST. PAUL FIRE & MARINE INSURANCE COMPANY, a Minnesota corporation,<br><br>  Defendant. | Case No.: CV-08-2621-JW<br><br>Hon. James Ware<br><br>**NOTICE OF RESETTING HEARING OF PLAINTIFF E.PIPHANY, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON ST. PAUL FIRE & MARINE INSURANCE COMPANY'S DUTY TO DEFEND AND BREACH OF ITS DUTY TO DEFEND**<br><br>Old Date:  July 21, 2008<br>Time:  9:00 a.m.<br>Ctrm:  5, 4th Floor<br><br>New Date:  October 27, 2008<br>Time:  9:00 a.m.<br>Ctrm.  8, 4th Floor |

10513-005-7/10/2008-162080.1    1    **NOTICE OF RESETTING HEARING ON PLAINTIFF'S MSJ**
**CASE NO. CV-08-2621-PVT**

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2   NOTICE IS HEREBY GIVEN that pursuant to the Court's Reassignment Order [13], and upon agreement of the parties, the hearing on Plaintiff E.Piphany, Inc.'s Motion for Partial Summary Judgment on St. Paul Fire & Marine Insurance Company's Duty to Defend and Breach of its Duty to Defend [5] is re-set from July 21, 2008 at 9:00 a.m. before Magistrate Judge Patricia V. Trumbull, to October 27, 2008 at 9:00 a.m. before Hon. James Ware.

Dated: July 10, 2008                                **GAUNTLETT & ASSOCIATES**


By:  /s/  James A. Lowe
     David A. Gauntlett
     James A. Lowe
     Christopher Lai

     Attorneys for Plaintiff E.PIPHANY, INC.