**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. EPIPHANY, INC., | No. C 08-02621 JW |
| Plaintiff(s), | |
| v. | CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE |
| ST. PAUL FIRE & MARINE INSURANCE COMPANY, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference before Judge James Ware previously noticed for September 8, 2008 at 9:00 AM has been reset to **October 27, 2008 at 10:00 AM in** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.

Dated: July 11, 2008

FOR THE COURT,
Richard W. Wieking, Clerk


by:      /s/
    Elizabeth Garcia
    Courtroom Deputy