SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE  Bar No. 102181
MICHAEL A. TOPP  Bar No. 148445
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile:  (415) 781-2635
Email:  michael.topp@sdma.com
        bruce.celebrezze@sdma.com

Attorneys for Defendant
ST. PAUL FIRE & MARINE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.PIPHANY, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ST. PAUL FIRE & MARINE INSURANCE COMPANY, a Minnesota corporation,<br><br>Defendant. | CASE NO. 5:08-cv-02621-JW<br><br>**DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:  Defendant St. Paul Fire and Marine Insurance Company is a wholly-owned subsidiary of The Travelers Companies, Inc., a publicly-traded company.

/ / /

/ / /

1  DATED: July 15, 2008                    SEDGWICK, DETERT, MORAN & ARNOLD LLP

2

3

4                                          By: /s/ Michael A. Topp
                                               BRUCE D. CELEBREZZE
                                               MICHAEL A. TOPP
5                                              Attorneys for Defendant
                                               ST. PAUL FIRE & MARINE INSURANCE
6                                              COMPANY

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28