SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE  Bar No. 102181
MICHAEL A. TOPP  Bar No. 148445
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile:  (415) 781-2635
Email: bruce.celebrezze@sdma.com/michael.topp@sdma.com

Attorneys for Defendant
ST. PAUL FIRE & MARINE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.PIPHANY, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ST. PAUL FIRE & MARINE INSURANCE COMPANY, A Minnesota corporation,<br><br>Defendant. | CASE NO. 5:08-cv-02621-JW<br><br>**NOTICE OF ASSOCIATION OF COUNSEL** |

St. Paul Fire & Marine Insurance Company hereby associates Bruce D. Celebrezze, Sedgwick, Detert, Moran & Arnold LLP as counsel for defendant St. Paul Fire & Marine Insurance Company. The office address of Sedgwick, Detert, Moran & Arnold LLP is One Market Plaza, Steuart Tower, 8th Floor, San Francisco, CA 94105. The telephone number is (415) 781-7900, and the facsimile number is (415) 781-2635.

DATED: July 15, 2008            SEDGWICK, DETERT, MORAN & ARNOLD LLP


By: /s/ MICHAEL A. TOPP
    BRUCE D. CELEBREZZE
    MICHAEL A. TOPP
    Attorneys for Defendant
    ST. PAUL FIRE & MARINE INSURANCE COMPANY