1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   BRUCE D. CELEBREZZE  Bar No. 102181
2  MICHAEL A. TOPP  Bar No. 148445
   One Market Plaza
3  Steuart Tower, 8th Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile:  (415) 781-2635
5  Email: bruce.celebrezze@sdma.com/michael.topp@sdma.com

6  Attorneys for Defendant
   ST. PAUL FIRE & MARINE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| E.PIPHANY, INC., a California corporation, | CASE NO. 5:08-cv-02621-JW |
|---|---|
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| ST. PAUL FIRE & MARINE INSURANCE COMPANY, A Minnesota corporation, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, One Market Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105. On July 15, 2008, I served the within document(s):

**DEFENDANT ST. PAUL FIRE AND MARINE INSURANCE COMPANY'S ANSWER TO COMPLAINT**

**DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

**NOTICE OF ASSOCIATION OF COUNSEL**

- ☐ FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.
- ☒ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.
- ☐ PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.
- ☐ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via .

Christopher G. Lai, Esq.
Gauntlett & Associates
18400 Von Karman Avenue, Suite 300
Irvine, CA 92612

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on July 15, 2008, at San Francisco, California.

/s/ Michael A. Topp
MICHAEL A. TOPP