**GAUNTLETT & ASSOCIATES**
David A. Gauntlett (SBN 96399)
James A. Lowe (SBN 214383)
Christopher Lai (SBN 249425)
18400 Von Karman, Suite 300
Irvine, CA 92612
Telephone:   (949) 553-1010
Facsimile:   (949) 553-2050
E-mail: jal@gauntlettlaw.com
         cl@gauntlettlaw.com

Attorneys for Plaintiff
E.PIPHANY, INC.

**SEDGWICK, DETERT, MORAN & ARNOLD LLP**
Bruce D. Celebrezze (SBN 102181)
Michael A. Topp (SBN 148445)
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105
Telephone:   (415) 781-7900
Facsimile:   (415) 781-2635
E-mail:  bruce.celebrezze.sdma.com
         michael.topp@sdma.com

Attorneys for Defendant
ST. PAUL FIRE & MARINE INSURANCE COMPANY

*IT IS SO ORDERED*
*[signature] Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.PIPHANY, INC., a Delaware corporation,<br><br>             Plaintiff,<br><br>vs.<br><br>ST. PAUL FIRE & MARINE INSURANCE COMPANY, a Minnesota corporation,<br><br>             Defendant. | Case No. 5:08-cv-02621-JW<br><br>Hon. James Ware<br><br>**STIPULATION ALLOWING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 15, NAMING INFOR GLOBAL SOLUTIONS (MICHIGAN), INC. AS NAMED PLAINTIFF** |

162896.1-10513-005-9/25/2008 4:41 PM

PLEASE TAKE NOTICE THAT Plaintiff E.Piphany, Inc. ("E.Piphany"), through and by its counsel, Gauntlett & Associates, and Defendant St. Paul Fire & Marine Insurance Company ("St. Paul"), through and by its counsel, Sedgwick, Detert, Moran & Arnold LLP, hereby agree and stipulate as follows:

1. WHEREAS, plaintiff E.Piphany filed its Complaint on May 23, 2008,

2. WHEREAS, defendant St. Paul filed its Answer on July 15, 2008,

3. WHEREAS, E.Piphany, Inc. contends that it merged with Infor Global Solutions (Michigan), Inc. on May 31, 2007.

4. WHEREAS, "Infor Global Solutions (Michigan), Inc." ("Infor") contends that it is the successor-in-interest to E.Piphany, Inc. because of E.Piphany's merger into Infor, leaving Infor as the surviving corporation, and should be the named Plaintiff in this action,

5. WHEREAS, both parties agree that, pursuant to Federal Rules of Civil Procedure, Rule 15, plaintiff E.Piphany may file a First Amended Complaint, a copy of which is attached hereto, that names "Infor Global Solutions (Michigan), Inc." as Plaintiff, but is otherwise substantially identical to E.Piphany's Complaint filed on May 23, 2008,

6. WHEREAS, both parties agree that St. Paul shall file its answer to the First Amended Complaint within ten (10) days of the filing thereof,

7. WHEREAS, this stipulation shall not in any way affect Plaintiff's motion for summary judgment, filed June 12, 2008 and set for hearing October 27, 2008 except that Infor, as plaintiff, shall be deemed to be the party seeking partial summary judgment.

NOW, THEREFORE, THE PARTIES STIPULATE, AND REQUEST THE COURT TO ORDER, AS FOLLOWS:

1. Infor may file a First Amended Complaint as successor in interest to E.Piphany, Inc., a copy of which is attached hereto, that names "Infor Global Solutions (Michigan), Inc." as plaintiff, but is otherwise substantially identical to E.Piphany's Complaint filed on May 23, 2008.

2. St. Paul shall file its answer to the First Amended Complaint within ten (10) days of the filing thereof.

3. Plaintiff's motion for partial summary judgment, filed June 12, 2008, shall be deemed to have been brought on behalf of Infor.

**IT IS SO STIPULATED**

Dated: September 25, 2008                     **GAUNTLETT & ASSOCIATES**

By:   /s/ James A. Lowe
         David A. Gauntlett
         James A. Lowe
         Christopher Lai

Dated: September 25, 2008                     **SEDGWICK, DETERT, MORAN & ARNOLD LLP**

By:   /s/  Michael A. Topp
         Bruce D. Celebrezze
         Michael A. Topp

IT IS SO ORDERED:

_____
JAMES WARE
UNITED STATES DISTRICT JUDGE

DATED: __October 8, 2008__

162896.1-10513-005-9/25/2008 4:41 PM                 2                 STIPULATION ALLOWING PLAINTIFF
                                                                      TO FILE FIRST AMENDED COMPLAINT