1  **GAUNTLETT & ASSOCIATES**
   David A. Gauntlett (SBN 96399)
2  James A. Lowe (SBN 215383)
   Christopher Lai (SBN 249425)
3  18400 Von Karman Avenue, Suite 300
   Irvine, California  92612
4  Telephone:  (949) 553-1010
   Facsimile:   (949) 553-2050
5  jal@gauntlettlaw.com
   cl@gauntlettlaw.com
6
   Attorneys for Plaintiff
7  INFOR GLOBAL SOLUTIONS (MICHIGAN), INC.

8  **SEDGWICK, DETERT, MORAN & ARNOLD LLP**
   Bruce D. Celebrezze (SBN 102181)
9  Michael A. Topp (SBN 148445)
   One Market Plaza
10 Steuart Tower, 8th Floor
   San Francisco, CA 94105
11 Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
12 bruce.celebrezze@sdma.com
   michael.topp@sdma.com
13
   Attorneys for Defendant
14 ST. PAUL FIRE & MARINE INSURANCE COMPANY

**DENIED**
*Judge James Ware*

15                     **UNITED STATES DISTRICT COURT**

16            **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

17

| | |
|---|---|
| INFOR GLOBAL SOLUTIONS (MICHIGAN), INC., a Michigan corporation, | Case No.:  5:08-CV-02621-JW |
| Plaintiff, | Hon. James Ware |
| vs. | **ORDER DENYING STIPULATION** |
| ST. PAUL FIRE & MARINE INSURANCE COMPANY, a Minnesota corporation, | |
| Defendant. | |

163032.1-10513-005-10/9/2008                           **STIPULATED REQUEST FOR ORDER RESETTING**
                                                                              **HEARING DATE**
                                                                                **CV-02621-JW**

1   PLEASE TAKE NOTICE THAT Plaintiff Infor Global Solutions (Michigan), Inc. ("Infor"),
2   the successor-in-interest to previously named plaintiff E.piphany, Inc. ("E.piphany"), by its counsel,
3   Gauntlett & Associates, and Defendant St. Paul Fire & Marine Insurance Company ("St. Paul"), by
4   its counsel, Sedgwick, Detert, Moran & Arnold LLP, hereby agree and stipulate as follows:
5   1.   WHEREAS, Infor filed its motion for partial summary judgment on June 12, 2008,
6   and set it for hearing on October 27, 2008,
7   2.   WHEREAS, St. Paul filed its cross-motion for summary judgment on October 6,
8   2008 also setting it for hearing on October 27, 2008,
9   3.   WHEREAS, pursuant to Local Rule 7-2(a) and Local Rule 7-3(a), Infor needs
10  additional time to file its opposition papers to St. Paul's cross-motion, requiring a resetting of the
11  hearing date as to St. Paul's cross-motion,
12  4.   WHEREAS, the parties agree that the pending cross-motions should be considered
13  together by the Court after a single hearing and the parties are informed that the Court's first
14  available date for setting civil motions is January 26, 2009,
15  5.   WHEREAS, both parties request that the Court reset the October 27, 2008 hearing
16  date on Infor's motion for partial summary judgment and St. Paul's cross-motion for summary
17  judgment for a single hearing on January 26, 2009,
18  NOW, THEREFORE, THE PARTIES STIPULATE, AND REQUEST THE COURT TO
19  ORDER, AS FOLLOWS:
20  1.   The hearing date on Infor's motion for partial summary judgment and St. Paul's
21  motion for summary judgment is reset from October 27, 2008 to January 26, 2009 at 9:00 A.M.
22  2.   Opposition and reply papers shall be filed in accordance with the Local Rules of the
23  United States District Court for the Northern District of California based on a January 26, 2009
24  hearing date.
25  **IT IS SO STIPULATED**
26  Dated:  October 9, 2008                    **GAUNTLETT & ASSOCIATES**
27
28                                              By:   /s/ James A. Lowe

|   |   |
|---|---|
| | David A. Gauntlett |
| | James A. Lowe |
| | Christopher Lai |

Dated:  October 9, 2008             **SEDGWICK, DETERT, MORAN & ARNOLD LLP**

By:    /s/ Bruce D. Celebrezze
         Bruce D. Celebrezze
         Michael A. Topp

**\*\*\* ORDER \*\*\***

Since the issues raised in Plaintiff's Motion may moot the issues raised in Defendant's Cross-Motion, the Court DENIES the parties' Stipulation to continue the hearing on Plaintiff's Motion currently set for October 27, 2008.

Dated:  October 14, 2008             _____
                                     JAMES WARE
                                     United States District Judge