SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE  Bar No. 102181
MICHAEL A. TOPP  Bar No. 148445
SIGRID IRÍAS  Bar No. 129319
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
Email: bruce.celebrezze@sdma.com
       michael.topp@sdma.com
       sigrid.irias@sdma.com

Attorneys for Defendant
ST. PAUL FIRE AND MARINE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INFOR GLOBAL SOLUTIONS (MICHIGAN), INC., a Michigan corporation,<br><br>Plaintiff,<br><br>v.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota Corporation,<br><br>Defendant. | CASE NO. C08 02621 JW<br><br>**STIPULATION AND** XXXXXXXXXXXXX **ORDER REGARDING LIFTING STAY ON DEPOSITIONS** |

Plaintiff Infor Global Solutions (Michigan), Inc., non-party O'Melveny & Myers LLP, and defendant St. Paul Fire and Marine Insurance Company, by and through their counsel, stipulate that the stay entered by this court on March 13, 2009 (Document 90) should be lifted, in that the parties have entered into a written agreement resolving the issues related to depositions that were the subject of motions to quash (Documents 67 and 70) and have alerted the court to

such resolution.

So stipulated.

DATED: March 18, 2009          GAUNTLETT & ASSOCIATES

                               By: /s/ James Lowe
                               JAMES LOWE
                               Attorneys for Plaintiff
                               INFOR GLOBAL SOLUTIONS (MICHIGAN), INC.,
                               a Michigan corporation

DATED: March 18, 2009          O'MELVENY & MYERS LLP

                               By: /s/ Ryan Padden
                               RYAN PADDEN
                               Attorneys for Non-Party
                               O'MELVENY & MYERS LLP

DATED: March 18, 2009          SEDGWICK, DETERT, MORAN & ARNOLD LLP

                               By: /s/ Bruce Celebrezze
                               BRUCE D. CELEBREZZE
                               Attorneys for Defendant
                               ST. PAUL FIRE AND MARINE INSURANCE
                               COMPANY

[XXXXXXXXXXX **ORDER**

Based on the stipulation of the parties, and good cause appearing, the stay previously issued by this court on March 13, 2009, is vacated.

So ordered.

Dated: March 19, 2009

*Patricia V. Trumbull*

The Hon. Patricia V. Trumbull
United States Magistrate Judge

SF/1577053v1

-3-

CASE NO. C08 02621 JW

STIPULATION AND PROPOSED ORDER REGARDING LIFTING OF STAY