SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE  Bar No. 102181
MICHAEL A. TOPP  Bar No. 148445
SIGRID IRÍAS Bar No. 129319
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile:  (415) 781-2635
Email: bruce.celebrezze@sdma.com
          michael.topp@sdma.com
          sigrid.irias@sdma.com

Attorneys for Defendant
ST. PAUL FIRE AND MARINE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INFOR GLOBAL SOLUTIONS (MICHIGAN), INC., a Michigan corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota Corporation,<br><br>　　　　Defendant. | CASE NO. C08 02621 JW<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING AUTHENTICITY OF DOCUMENTS AND CONCERNING APPLICABILITY OF FED.R.EVID. 803(6) AND 803(7) |

Plaintiff Infor Global Solutions (Michigan), Inc. and defendant St. Paul Fire and Marine Insurance Company, by and through their counsel of record, stipulate as follows:

-1-　　　CASE NO. C08 02621 JW

1.       Documents produced from the files of O'Melveny & Myers LLP to St. Paul Fire and Marine Insurance Company bearing Bates numbers with the prefix "OMM" are authentic;

2.       Documents produced from the files of O'Melveny & Myers LLP to St. Paul Fire and Marine Insurance Company bearing the prefix "OMM" are business records or records of regularly conducted activity as defined in Rules 803(6) and 803(7) of the Federal Rules of Evidence; and

3.       Documents filed in any of the following court and arbitration proceedings, including the dockets available through PACER or from the San Mateo Superior Court, are authentic documents and may be admitted into evidence as public records pursuant to Rules 803(6), 803(7), and 803(8) of the Federal Rules of Evidence without the need for certification or requiring judicial notice:

*E.piphany, Inc. v. Sigma Dynamics, Inc.*, San Mateo Superior Court, Case No. 434833;

*Sigma Dynamics, Inc. v. E.piphany, Inc.*, U.S. District Court, N.D.Cal., Case No. 04-00569;

*E.piphany, Inc. v. Sigma Dynamics, Inc., et al.*, San Mateo Superior Court, Case No. 439133;

*Sigma Dynamics, Inc. v. E.piphany, Inc.*, U.S. District Court, N.D.Cal., Case No. 05-01852;

*E.piphany, Inc. v. Michel Adar*, San Mateo Superior Court, Case No. 454338;

*SSA Global and E.piphany Inc. vs. Earl Stahl and Sergey Prigogin;* AAA; and

*In Re Sigma Dynamics, Inc.*, Delaware Chancery Court, Civ. Action No. 2243-N.

IT IS SO STIPULATED.

DATED: March 27, 2009          GAUNTLETT & ASSOCIATES


By:_____/S/ James A. Lowe_____
       JAMES A. LOWE
       Attorneys for Plaintiff
       INFOR GLOBAL SOLUTIONS (MICHIGAN), INC.

DATED: March 27, 2009                SEDGWICK, DETERT, MORAN & ARNOLD LLP


By:  /S/ Sigrid Irías
     SIGRID IRÍAS
     Attorneys for Defendant
     ST. PAUL FIRE AND MARINE INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED.

Dated: April 30, 2009

_____
James Ware
United States District Judge

-3-    CASE NO. C08 02621 JW

STIPULATION REGARDING AUTHENTICITY OF DOCUMENTS AND
CONCERNING APPLICABILITY OF FED. R. EVID. 803(6) AND 803(7)