UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| INFOR GLOBAL SOLUTIONS (MICHIGAN), INC., | ) ) ) | Case No.: C 08-02621 JW (PVT) |
| Plaintiff, | ) ) | **INTERIM ORDER RE PLAINTIFF INFOR'S MOTION FOR** |
| v. | ) ) | **PROTECTIVE ORDER PROHIBITING FURTHER DEPOSITION AND USE OF** |
| ST. PAUL FIRE & MARINE INSURANCE COMPANY, | ) ) ) | **PRIVILEGED MATERIALS** |
| Defendant. | ) ) ) | [Docket No. 150] |
| _____ | ) | |

Pursuant to a motion for protective order prohibiting further deposition and use of privileged

materials, plaintiff Infor Global Solutions (Michigan), Inc. lodged certain documents that it had

deemed as privileged for *in camera* inspection.  Based on a preliminary review of the documents, the

court makes the following findings:

1.    Plaintiff Infor shall lodge all attachments to the emails with duplicates of the emails

(previously lodged) as they are kept in the usual course of business;

2.    Plaintiff Infor shall identify the position and job functions of the following

individuals: Mark Henry, Gail Fuller, Robin V. O'Shea, Elizabeth Lyon, Douglas

Wolfson, Joyette Dean, Nate McKitterick and Linda Phipps;

3.    Plaintiff Infor shall produce to defendant St. Paul Fire & Marine Insurance Company

all email exchanges between plaintiff Infor, its counsel, and non-party O'Melveny &

1    Myers no later than July 8, 2009.[1]  Until further ruling from the court, email strings

2    that contain exchanges between Infor attorneys and/or plaintiff Infor's counsel,

3    Gauntlett & Associates, may be redacted from email strings that also contain email

4    exchanges between plaintiff Infor, its counsel, and non-party O'Melveny & Myers;

5        4.      Plaintiff shall revise its privilege log to conform with Rule 26(b)(5).

6    Plaintiffs shall lodge the additional documents and information set forth above no later than July 8,

7    2009.

8

9        IT IS SO ORDERED.

     Dated:   July 1, 2009

10                                                          *Patricia V. Trumbull*
                                                          _____
                                                          PATRICIA V. TRUMBULL
11                                                        United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26    _____

27        [1]      At the hearing held on April 28, 2009, plaintiff Infor waived any privilege relating to any
      communications between plaintiff Infor, its counsel, and O'Melveny & Myers.  *See, e.g.,* Infor's Reply
28    In Support of Motion for Protective Order Prohibiting Deposition and Use of Privileged Materials at p.
      8, ln. 23-24 ("Infor has not raised any privilege with O'Melveny & Myers as a sword or a shield in this
      case.  It has provided documents and freely permitted questioning of O'Melveny attorneys.").