GAUNTLETT & ASSOCIATES
DAVID A. GAUNTLETT (Bar No. 96399)
JAMES A. LOWE (Bar No. 215383)
18400 Von Karman Avenue, Suite 300
Irvine, California 92612
Telephone: (949) 553-1010
Facsimile: (949) 553-2050
Email: jal@gauntlettlaw.com
      ams@gauntlettlaw.com

Attorneys for Plaintiff
INFOR GLOBAL SOLUTIONS (MICHIGAN), INC.

SEDGWICK, DETERT, MORAN & ARNOLD LLP
GREGORY C. READ
BRUCE D. CELEBREZZE Bar No. 102181
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
Email: gregory.read@sdma.com
      bruce.celebrezze@sdma.com

Attorneys for Defendant
ST. PAUL FIRE AND MARINE INSURANCE COMPANY

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| INFOR GLOBAL SOLUTIONS (MICHIGAN), INC., a Michigan corporation,<br><br>Plaintiff,<br><br>v.<br><br>ST. PAUL FIRE & MARINE INSURANCE COMPANY, a Minnesota corporation,<br><br>Defendant. | CASE NO. C08 02621 JW<br><br>**STIPULATION AND** XXXXXXXXXX **ORDER REGARDING DEPOSITION OF INFOR'S 30(B)(6) WITNESS** |

## RECITATIONS

On June 10, 2009, defendant St. Paul Fire and Marine Insurance Company moved the court for an order permitting the continued deposition of Infor pursuant to Fed.R.Civ.P. 30(b)(6). [Document 146.] By order dated August 3, 2009 the court granted that motion and permits such deposition to be taken. [Document 199.] On June 16, 2009, defendant St. Paul Fire and Marine Insurance Company moved the court for an order permitting it to amend its answer to plead the affirmative defense of unclean hands. [Document 162] By order dated July 10, 2009, the court granted that motion and permitted discovery on the issue of unclean hands to be done up through August 31, 2009. [Document 181]

Infor intends to produce the same witness, Gwen Nielsen, to respond to questions in response to the deposition notice that was the subject of the August 3, 2009 order [Document 199], and to respond to questions concerning unclean hands as allowed by the July 10, 2009 order [Document 181].

## STIPULATION

Infor agrees that it will not object to a notice of deposition for September 17, 2009, on grounds related to timeliness. For the convenience of the witness and of counsel, and to reduce unnecessary litigation expense, the parties stipulate that Ms. Nielsen shall be produced for deposition on September 17, 2009, in response to this court's orders of July 10, 2009, and of August 3, 2009, and at that time shall respond to discovery and questions concerning defendant's defense of unclean hands, notwithstanding the deadline previously set in the court's order of July 10, 2009.

IT IS SO STIPULATED.

DATED: August _11_, 2009        GAUNTLETT & ASSOCIATES

By: _/s/ James A. Lowe/_
DAVID A. GAUNTLETT
JAMES A. LOWE
Attorneys for Plaintiff
INFOR GLOBAL SOLUTIONS (MICHIGAN), INC.

| | | |
|---|---|---|
| 1 | DATED: August 12, 2009 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | GREGORY C. READ<br>BRUCE D. CELEBREZZE |
| 5 | | Attorneys for Defendant<br>ST. PAUL FIRE AND MARINE INSURANCE |
| 6 | | COMPANY |

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated: August 17, 2009

_Patricia V. Trumbull_
United States ] xxxxx Judge
Magistrate