**GAUNTLETT & ASSOCIATES**
David A. Gauntlett (SBN 96399)
James A. Lowe (SBN 215383)
Preston K. Ascherin (SBN 260361)
18400 Von Karman Avenue, Suite 300
Irvine, California 92612
Telephone: (949) 553-1010
Facsimile: (949) 553-2050
info@gauntlettlaw.com
jal@gauntlettlaw.com
pka@gauntlettlaw.com

Attorneys for Plaintiff
INFOR GLOBAL SOLUTIONS (MICHIGAN), INC.

*IT IS SO ORDERED*
*Judge James Ware*
1/20/2010

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| INFOR GLOBAL SOLUTIONS (MICHIGAN), INC., a Michigan corporation,<br><br>   Plaintiff,<br><br>vs.<br><br>ST. PAUL FIRE & MARINE INSURANCE COMPANY, a Minnesota corporation,<br><br>   Defendant. | Case No.: 08-CV-2621-JW<br><br>Hon. James Ware<br><br>**NOTICE OF WITHDRAWAL OF CHRISTOPHER LAI AS CO-COUNSEL FOR PLAINTIFF** |

PLEASE TAKE NOTICE that Christopher Lai of Gauntlett & Associates withdraws as co-counsel in this lawsuit for plaintiff Infor Global Solutions (Michigan), Inc. The plaintiff will continue to be represented in this lawsuit by David A. Gauntlett, James A. Lowe and Preston K. Ascherin of Gauntlett & Associates.

Dated: January 6, 2010      **GAUNTLETT & ASSOCIATES**

By: /s/ David A. Gauntlett
   David A. Gauntlett
   James A. Lowe
   Preston K. Ascherin

Attorneys for Plaintiff
INFOR GLOBAL SOLUTIONS (MICHIGAN), INC.