**GAUNTLETT & ASSOCIATES**
DAVID A. GAUNTLETT (Bar No. 96399)
JAMES A. LOWE (Bar No. 214383)
ANDREW M. SUSSMAN (Bar No. 112418)
18400 Von Karman Avenue, Suite 300
Irvine, California 92612
Telephone: (949) 553-1010
Facsimile: (949) 553-2050
Email: jal@gauntlettlaw.com
       ams@gauntlettlaw.com

Attorneys for Plaintiff
INFOR GLOBAL SOLUTIONS (MICHIGAN), INC.

**SEDGWICK, DETERT, MORAN & ARNOLD LLP**
GREGORY C. READ  (Bar No. 49713)
BRUCE D. CELEBREZZE  (Bar No. 102181)
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
Email: gregory.read@sdma.com
       bruce.celebrezze@sdma.com

Attorneys for Defendant
ST. PAUL FIRE AND MARINE INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

| | |
|---|---|
| INFOR GLOBAL SOLUTIONS (MICHIGAN), INC., a Michigan corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>ST. PAUL FIRE & MARINE INSURANCE COMPANY, a Minnesota corporation,<br><br>          Defendant. | CASE NO. C08 02621 JW<br><br>**STIPULATION AND ORDER OF DISMISSAL**<br><br>**[Fed.R.Civ.P. 41]** |

It is hereby stipulated by and between the parties to this action, through their respective attorneys of record, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party shall bear its own attorneys' fees and costs.

DATED: July 2, 2010                                **GAUNTLETT & ASSOCIATES**

By: __/s/ James A. Lowe_____
    DAVID A. GAUNTLETT
    JAMES A. LOWE

    Attorneys for Plaintiff
    INFOR GLOBAL SOLUTIONS (MICHIGAN), INC.

DATED: July 2, 2010                                **SEDGWICK, DETERT, MORAN & ARNOLD LLP**

By: __/s/ Bruce D. Celebrezze_____
    GREGORY C. READ
    BRUCE D. CELEBREZZE

    Attorneys for Defendant
    ST. PAUL FIRE AND MARINE INSURANCE COMPANY

PURSUANT TO STIPULATION, IT IS SO ORDERED:
All pending motions are denied as MOOT. The Clerk shall close this file.

Dated: __July 13, 2010__            _____
                                    Hon. James Ware
                                    United States District Judge